HISTORICAL PRESS ASSOCIATION, Respondent, v. ANITA ARABE HART, Appellant.— Order of the County Court of Nassau county reversed, and defendant's default opened, upon her payment within twenty days of fifty dollars costs, judgment, however, to stand as plaintiff's security. No costs

on this appeal. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.